# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0190
Lower Tribunal No. 21-17156

————————

**Rafael Pina-Nieves,**
Appellant,

vs.

**William Omar Landron,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

DMRA Law LLC, and Maria A. Dominguez, Javier F. Micheo-Marcial, and Juan C. Ramos-Rosado, for appellant.

The Alvarez Trial Law Firm, and Carlos Osvaldo Friger, and Amado Alan Alvarez; Law Offices of Mendez & Mendez P.A., and Sergio L. Mendez, and Daniel J. Mendez, for appellee.

Before SCALES, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.